

3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 21 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ELIZABETH J. LOZANO BARRIENTES, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | C.A. No. B-01-098 |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | § § § § | |
| Defendant. | § | |

## CERTIFICATE OF INTERESTED PERSONS

Defendant Unum Life Insurance Company of America ("Unum Life") states that the following people or entities may have a financial interest in the outcome of this litigation:

1. Elizabeth J. Lozano Barrientes; and

2. Unum Life Insurance Company of America.

CERTIFICATE OF INTERESTED PERSONS - Page 1

Respectfully submitted,

By: _____
Doug K. Butler
State Bar No. 03516050
S.D. No. 9271
Attorney-In-Charge

Of Counsel:
Dennis M. Lynch
State Bar No. 90001506
S. D. No. 23163

FIGARI DAVENPORT & GRAVES, L.L.P.
3400 Bank of America Plaza
901 Main Street, LB 125
Dallas, Texas 75202-3796
(214) 939-2000
(214) 939-2090 (facsimile)

ATTORNEYS FOR DEFENDANT
UNUM LIFE INSURANCE COMPANY
OF AMERICA

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been sent by certified mail, return receipt requested, to Mr. Louis S. Sorola, Sorola & Garcia, P.L.I.C., 2355 Barnard, Suite A, Brownsville, Texas, 78520, on this 12th day of June, 2001.

_____
Doug K. Butler

**CERTIFICATE OF INTERESTED PERSONS** - Page 2