United States District Court
Southern District of Texas
FILED

AUG 2 0 2001

Michael N. Milby
Clerk of Court

FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ELIZABETH J. LOZANO BARRIENTES | § § § § | |
| Plaintiff, | § | CIVIL ACTION NO. B-01-098 |
| vs. | § § § | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA | § § § § | |
| Defendant. | § | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

The Plaintiff, Elizabeth J. Lozano Barrientes, notifies the Court that the parties in this action have reached terms of settlement on August 16, 2001 in mediation. The parties request that all court settings that are currently scheduled be canceled pending the consummation of the settlement and submission of the dismissal pleadings.

Respectfully submitted,

_____
BY: LOUIS S. SOROLA
Texas Bar No. 00794990
Fed Id No. 19533

Attorney in Charge for
Plaintiff, Elizabeth J. Lozano Barrientes

OF COUNSEL:

SOROLA & GARCIA, P.L.L.C.
2355 Barnard Road, Suite A

1

Brownsville, Texas 78520
Telephone number: (956) 504-2911
Facsimile number: (956) 544-7766

## CERTIFICATE OF CONSULTATION

I certify that on August 16, 2001, I advised Defendants' attorneys that I would submit this Notice of Settlement to the Court. Defendants' attorneys advised that they had no objection and that he and his clients concurred with the settlement terms reached.

_____
Louis S. Sorola

## CERTIFICATE OF SERVICE

Pursuant to the provisions of Fed. R. Civ. P 5, I certify that on the 17th day of August, 2001, a true and correct copy of the foregoing pleading was forwarded via facsimile to counsel of record as follows:

Mr. Dennis M. Lynch                    (214) 939-2090
Figari Davenport & Graves, L.L.P.
3400 Bank of America Plaza
901 Main Street, LB 125
Dallas, Texas 75202-3796

_____
Louis S. Sorola

2