5

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 23 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Lozano Barrientes | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. B-01-098 |
| UNUM Life Insurance Co. of America, | § | |
| Defendant | § | |

## ORDER OF DISMISSAL

BE IT REMEMBERED, that on August 23, 2001, upon receiving the Parties' Notice of Settlement [Dkt. No. 4], the Court **DISMISSED** this lawsuit with prejudice. The Court retains jurisdiction to enforce the Parties' settlement.

DONE at Brownsville, Texas, this 23rd day of August 2001.

_____
Hilda G. Tagle
United States District Judge

ClibPDF - www.fastio.com